# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 58 EAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KEVIN JACKSON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of August, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Did the Superior Court err, and enter a ruling which conflicts with holdings of the Pennsylvania Supreme Court, the United States Supreme Court, and other panels of the Pennsylvania Superior Court when it held that the [suppression] court committed an error of law when it suppressed evidence recovered after a person was seized by police even though the officer did not suspect the individual stopped of criminal activity?